NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| MANUEL RODRIGUEZ, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2D17-4862 |
| | ) | |
| STATE OF FLORIDA, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

Opinion filed April 18, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Tom Barber,
Judge.

Manuel Rodriguez, pro se.


PER CURIAM.

            Affirmed.  See Jones v. State, 569 So. 2d 1234 (Fla. 1990); Campbell v.

State, 884 So. 2d 190 (Fla. 2d DCA 2004).


SILBERMAN, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.